**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Jennifer A.,<br>*Plaintiff*,<br><br>v.<br><br>Frank Bisignano,<br>Commissioner of Social Security,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-00431-AEM<br><br>Amy E. Moses<br>United States Magistrate Judge |

**<u>Order Granting the Parties' Motion for Remand</u>**

The parties' motion for remand is granted and this action is remanded to the Commissioner of Social Security for further administrative proceedings. The Appeals Council will direct the administrative law judge to offer plaintiff the opportunity for a hearing and issue a new decision.

Date: 11/23/2026

Amy E. Moses
United States Magistrate Judge